# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| PRIMARY COLOR, LLC | § § § | |
| v. | § § | CIVIL ACTION NO. 3:19-CV-1897-S |
| GLOBAL IMAGING, INC., and M&R PRINTING EQUIPMENT, INC. | § § | |

### ORDER

The Court **GRANTS** the parties' Agreed Motion to Dismiss with Prejudice [ECF No. 44], and **DISMISSES** the above-captioned action **WITH PREJUDICE**. Costs are taxed against the party incurring the same. All relief not expressly granted is denied.

**SO ORDERED.**

SIGNED May 22, 2020.

KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE